UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LORI J. ALDRIDGE, et al., | Case No. 2:08-cv-359-FtM-34SPC |
| Plaintiff, | |
| -vs- | JUDGMENT |
| PREMIUM CONNECTIONS, INC., et al., | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the Opinion and Order entered this date, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Second Amended Complaint is DISMISSED, without prejudice, for lack of subject matter jurisdiction.

Dated this 15th day of October, 2009.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge